UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOSO, LOUIS A. MARTINEZ,<br>JOSE RAMIREZ, CLEMENTE HERNANDEZ,<br>CESAR PIZARO, ELISON PENA,<br>JUAN COLON, JOSE ORTIZ,<br>RAFAEL TORRES, ANGEL BAEZ,<br>ANTONIO MARTINEZ, WILFREDO ORTIZ,<br>EULOGIO ORTIZ, MIRRAIN MIRANDA,<br>RAFAEL MORENO, NELSON ACEVEDO,<br>and RAMON RODRIGUEZ,<br>          Plaintiffs<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION,<br>FARNSWORTH FIBRE CORPORATION,<br>and UNITED STEELWORKERS OF AMERICA,<br>LOCAL 421-U,<br>          Defendants | Civil Action No.<br>04-10892-JLT |

**ASSENTED TO MOTION TO EXTEND TIME
FOR FILING ANSWER**

The defendant, United Steelworkers of America, Local 421-U ("USWA, Local 421-U"), by its attorneys, hereby requests an extension of time until September 15, 2004 for filing its answer to the complaint in the above-referenced case. Plaintiffs' counsel has assented to this request. As reasons for this request, defendant's counsel states that he was recently retained by defendant USWA, Local 421-U and requires additional time to become familiar with the facts of the case and to prepare the answer.

1

WHEREFORE, defendant's counsel hereby requests that this motion to extend the time for filing an answer, which has been assented to by plaintiff's counsel, be granted.

> Respectfully submitted,
>
> UNITED STEELWORKERS OF AMERICA,
> LOCAL 421-U,
> By its attorneys,
>
> *[signature]*
> Harold L. Lichten, BBO 549689
> Pyle, Rome, Lichten, Ehrenberg
>     & Liss-Riordan, P.C.
> 18 Tremont St., Ste. 500
> Boston, MA 02108
> (617) 367-7200

Assented to:

*[signature]*
Robert O. Berger, BBO #03890
11 Beacon St., Ste. 1210
Boston, MA 02108
(617) 423-7575

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above-reference document was served upon the attorney of record for each party on August 4, 2004 by first class mail, postage prepaid.

*[signature]*
Harold L. Lichten