UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOSO, LOUIS A. MARTINEZ,<br>JOSE RAMIREZ, CLEMENTE HERNANDEZ,<br>CESAR PIZARO, ELISON PENA,<br>JUAN COLON, JOSE ORTIZ,<br>RAFAEL TORRES, ANGEL BAEZ,<br>ANTONIO MARTINEZ, WILFREDO ORTIZ,<br>EULOGIO ORTIZ, MIRRAIN MIRANDA,<br>RAFAEL MORENO, NELSON ACEVEDO,<br>and RAMON RODRIGUEZ,<br>      Plaintiffs<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION,<br>FARNSWORTH FIBRE CORPORATION,<br>and UNITED STEELWORKERS OF AMERICA,<br>LOCAL 421-U,<br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>04-10892-JLT |

**ASSENTED TO MOTION TO EXTEND TIME
FOR FILING ANSWER**

The defendant, United Steelworkers of America, Local 421-U ("USWA, Local

421-U"), by its attorneys, hereby requests an extension of time until September 15,

2004 for filing its answer to the complaint in the above-referenced case. Plaintiffs'

counsel has assented to this request. As reasons for this request, defendant's counsel

states that he was recently retained by defendant USWA, Local 421-U and requires

additional time to become familiar with the facts of the case and to prepare the answer.

1

WHEREFORE, defendant's counsel hereby requests that this motion to extend the time for filing an answer, which has been assented to by plaintiff's counsel, be granted.

Respectfully submitted,

UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U,
By its attorneys,

Harold L. Lichten, BBO 549689
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Assented to:

Robert O. Berger, BBO #03890
11 Beacon St., Ste. 1210
Boston, MA 02108
(617) 423-7575

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above-reference document was served upon the attorney of record for each party on August 4, 2004 by first class mail, postage prepaid.

Harold L. Lichten

2