AO 440 (Rev. 8/01) Summons in a Civil Action

*"FILED IN OPEN COURT"*
1-4-05

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

EUCLIDES SOTO, et al

**SUMMONS IN A CIVIL ACTION**

V.

SHERMAN-FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION, and
UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U

CASE NUMBER:

# 04 10892 JLT

TO: (Name and address of Defendant) Farnsworth Fibre Corporation
185 Old Colony Road
Boston, MA 02 27

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02 08

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAY 05 2004

DATE

(By) DEPUTY CLERK

**SUFFOLK ss**                  **BOSTON**                  **July 30, 2004**


I this day made diligent search for the within named defendant corporation


**Farnsworth Fibre Corporation**


and for its officers, stockholders, agents or attorney but I have been unable to find either within my precinct known to me as such and duly accredited and therefore could make no service on this precept upon said defendant corporation.

Fees Expenses Incurred:  $ 15.00

Deputy Sheriff




# Suffolk County Sheriff's Department
## Civil Process Division
# Diligent Search

ANDREA J. CABRAL
SHERIFF

LAWRENCE W. McGRATH, ESQ.
CHIEF DEPUTY

DOCKET NUMBER: _____ 0401&296 _____

ORIGINAL ADDRESS: _____ 185 Old Colby _____

_____

I WAS UNABLE TO SERVE DEFENDANT BECAUSE:

☐ NO STREET BY THIS NAME

☐ NO SUCH NUMBER ON GIVEN STREET

☐ DEFENDANT MOVED TO: _____

_____

☐ DEFENDANT AWAY UNTIL _____

☑ OTHER: _____ out of business _____

I HAVE ATTEMPTED TO FIND AN ALTERNATIVE ADDRESS BY CHECKING
THE FOLLOWING:

|  |  | DATE COMPLETED |
|---|---|---|
| ☐ | CALLED THE ATTORNEY FOR ALTERNATE ADDRESS | __/__/__ |
| ☐ | CHECKED THE REGISTRY OF MOTOR VEHICLE FILE | __/__/__ |
| ☐ | CHECKED FOR TELEPHONE LISTING | __/__/__ |
| ☐ | CHECKED COLES PUBLICATION | __/__/__ |
| ☐ | CHECKED IN COMPUTER/ELECTRONIC DATABASE | __/__/__ |
| ☐ | INTERVIEWED NEIGHBOR OR RELATIVE | __/__/__ |

COMMENTS/NEW ADDRESS: _____

_____

TRANSFERRED TO DEPUTY: _____

7/20/04 _____ 617-989-6999 EXT_____
DEPUTY SHERIFF