AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

EUCLIDES SOTO, et al

**SUMMONS IN A CIVIL CASE**

V.

SHERMAN-FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION,
and UNTIED STEELWORKERS OF AMERICA,
LOCAL 421-U

CASE NUMBER: 04 10892 JLT

TO: (Name and address of Defendant)

Sherman Feinberg Corporation
185 Old Colony Avenue
Boston, MA 02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02 08

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAY 05 2004

DATE

(By) DEPUTY CLERK

**SUFFOLK ss**          **BOSTON**                              July 30, 2004

I this day made diligent search for the within named defendant corporation

**Sherman Feinberg Corporation**

and for its officers, stockholders, agents or attorney but I have been unable to find either within my precinct known to me as such and duly accredited and therefore could make no service on this precept upon said defendant corporation.

Fees Expenses Incurred: $ no charge

Deputy Sheriff




# Suffolk County Sheriff's Department
## Civil Process Division
### Diligent Search

**ANDREA J. CABRAL**
SHERIFF

**LAWRENCE W. McGRATH, ESQ.**
CHIEF DEPUTY

DOCKET NUMBER: 0401f297

ORIGINAL ADDRESS: 105 Old Colony Ave

I WAS UNABLE TO SERVE DEFENDANT BECAUSE:

☐ NO STREET BY THIS NAME

☐ NO SUCH NUMBER ON GIVEN STREET

☐ DEFENDANT MOVED TO: _____

☐ DEFENDANT AWAY UNTIL _____

☑ OTHER: out of business.

I HAVE ATTEMPTED TO FIND AN ALTERNATIVE ADDRESS BY CHECKING THE FOLLOWING:

DATE COMPLETED

☐ CALLED THE ATTORNEY FOR ALTERNATE ADDRESS ___/___/___

☐ CHECKED THE REGISTRY OF MOTOR VEHICLE FILE ___/___/___

☐ CHECKED FOR TELEPHONE LISTING ___/___/___

☐ CHECKED COLES PUBLICATION ___/___/___

☐ CHECKED IN COMPUTER/ELECTRONIC DATABASE ___/___/___

☐ INTERVIEWED NEIGHBOR OR RELATIVE ___/___/___

COMMENTS/NEW ADDRESS: _____

TRANSFERRED TO DEPUTY: _____

7/20/04

617-989-6999 EXT _____
**DEPUTY SHERIFF**