"FILED IN OPEN COURT"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1-4-05

CIVIL ACTION NO.

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ,<br><br>  Plaintiffs<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, and UNITED STEELWORKERS OF AMERICA, LOCAL 421-U,<br><br>  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATES

1. The plaintiffs are individuals who reside in Suffolk County, Massachusetts. All of the above-mentioned individuals are Hispanic, employed by defendant Employers, and members of defendant Union and they submit the annexed certificates regarding a budget and alternative means of resolution of the case.

/s/
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO No. 03890
Attorney for Plaintiff

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF _____ 2004.

*[signature]*
EUCLIDES SOTO ANDUJAR

Cell- 1-508-333-2859