## CERTIFICATE

This is to affirm that the plaintiff and Plaintiff's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses -of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

Signed By:

*Jose D. Ramirez*
Jose D. Ramirez