UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOTO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-10892-JLT |
| | * | |
| SHERMAN-FEINBERG CORPORATION, | * | |
| FARNSWORTH FIBRE CORPORATION, | * | |
| and UNITED STEELWORKERS OF AMERICA, | * | |
| LOCAL 421-U, | * | |
| | * | |
| Defendants. | * | |

ORDER

January 5, 2005

TAURO, J.

After a conference on January 4, 2005, this court hereby orders that:

1. Plaintiff may depose Kenneth Doucette and Lowell Alexander;

2. Defendant may not take additional discovery for failure to appear;

3. The abovementioned discovery shall be completed by April 1, 2005;

4. The Parties shall meet and confer before March 1, 2005 for the purpose of discussing settlement;

5. The Parties shall report to this court regarding the settlement discussions at a Further Conference scheduled for March 28, 2005 at 10:00 a.m.; and

6. Failure to comply with this order may result in dismissal or default.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge