# EXHIBIT A

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10892-JLT

Soto et al v. Sherman-Feinberg Corporation et al  
Assigned to: Judge Joseph L. Tauro  
Cause: 29:1109 Breach of Fiduciary Duties

Date Filed: 05/05/2004  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**  
Euclides Soto

represented by **Robert O. Berger, III**  
Law Office of Robert O. Berger  
11 Beacon Street  
Suite 1210  
Boston, MA 02108  
617-423-7575  
Fax: 617-275-8000  
Email: RobertBergerR@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
Louis A. Martinez

represented by **Robert O. Berger, III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
Jose Ramirez

represented by **Robert O. Berger, III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
Clemente Hernandez

represented by **Robert O. Berger, III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
Cesar Pizaro

represented by **Robert O. Berger, III**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
Elison Pena

represented by **Robert O. Berger, III**  
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Juan Colon

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Jose Ortiz

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Rafael Torres

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Angel Baez

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Antonio Martinez

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Wilfredo Ortiz

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Eulogio Ortiz

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
Mirrain Miranda

represented by **Robert O. Berger, III**
(See above for address)
*LEAD ATTORNEY*

                                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nelson Moreno                           represented by   **Robert O. Berger, III**
                                                                       (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Nelson Acevedo                        represented by   **Robert O. Berger, III**
                                                                            (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Ramon Rodriguez                    represented by   **Robert O. Berger, III**
                                                                            (See above for address)
                                                                           *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Sherman-Feinberg Corporation

**Defendant**

Farnsworth Fibre Corporation

**Defendant**

United Steel Workers of America      represented by   **Harold L. Lichten**
*Local 421-U*                                                            Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
                                                                           18 Tremont Street
                                                                           Suite 500
                                                                           Boston, MA 02108
                                                                           617-367-7200
                                                                           Fax: 617-367-4820
                                                                           Email: harold@prle.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 55698, filed by Nelson Acevedo, Angel Baez, Juan Colon, Clemente Hernandez, Antonio Martinez, Louis A. Martinez, Mirrain Miranda, Nelson Moreno, Eulogio Ortiz, Jose Ortiz, Wilfredo Ortiz, Elison Pena, Cesar Pizaro, Jose Ramirez, Ramon Rodriguez, Euclides Soto, Rafael Torres.(Abaid, Kim) |

| | | |
|---|---|---|
| | | (Entered: 05/06/2004) |
| 05/05/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Abaid, Kim) (Entered: 05/06/2004) |
| 05/05/2004 | | Summons Issued as to Farnsworth Fibre Corporation, Sherman-Feinberg Corporation, United Steel Workers of America. (Abaid, Kim) (Entered: 05/06/2004) |
| 08/04/2004 | 3 | MOTION for Extension of Time to September 15, 2004 to File Answer re 1 Complaint, by United Steel Workers of America.(Abaid, Kim) (Entered: 08/16/2004) |
| 08/05/2004 | 2 | Assented To MOTION for Extension of Time to September 15, 2004 to File Answer re 1 Complaint, by United Steel Workers of America. (Abaid, Kim) (Entered: 08/09/2004) |
| 08/12/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 2 Motion for Extension of Time to Answer re 1 Complaint, United Steel Workers of America. (Abaid, Kim) (Entered: 08/12/2004) |
| 08/18/2004 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 3 Motion for Extension of Time to Answer United Steel Workers of America. (Abaid, Kim) (Entered: 08/18/2004) |
| 08/25/2004 | 4 | SUMMONS Returned Executed United Steel Workers of America served on 8/3/2004, answer due 8/23/2004. (Abaid, Kim) (Entered: 08/26/2004) |
| 09/15/2004 | 5 | ANSWER to Complaint by United Steel Workers of America.(Abaid, Kim) (Entered: 09/16/2004) |
| 11/03/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 12/7/2004 10:15 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 11/03/2004) |
| 11/03/2004 | 7 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 11/03/2004) |
| 12/29/2004 | 8 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) *Joint Scheduling Statement* by Nelson Acevedo, Angel Baez, Juan Colon, Farnsworth Fibre Corporation, Clemente Hernandez, Antonio Martinez, Louis A. Martinez, Mirrain Miranda, Nelson Moreno, Eulogio Ortiz, Jose Ortiz, Wilfredo Ortiz, Elison Pena, Cesar Pizaro, Jose Ramirez, Ramon Rodriguez, Sherman-Feinberg Corporation, Euclides Soto, Rafael Torres, United Steel Workers of America.(Lichten, Harold) (Entered: 12/29/2004) |

**PACER Service Center**

**Transaction Receipt**

| | 01/04/2005 09:42:41 | | |
|---|---|---|---|
| PACER Login: | pr0222 | Client Code: | farnsworth fibre |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10892-JLT |
| Billable Pages: | 2 | Cost: | 0.16 |