UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUCLIDES SOTO, LOUIS A. MARTINEZ, )
JOSE RAMIREZ, CLEMENTE HERNANDEZ, )
CESAR PIZARO, ELISON PENA, )
JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, )
ANGEL BAEZ, ANTONIO MARTINEZ, )
WILFREDO ORTIZ, EULOGIO ORTIZ, ) Civil Action No.
MIRRAIN MIRANDA, RAFAEL MORENO, ) 04-10892-JLT
NELSON ACEVEDO, and )
RAMON RODRIQUEZ, )
)
              Plaintiffs, )
)
v. )
)
SHERMAN-FEINBERG CORPORATION, )
FARNSWORTH FIBRE CORPORATION, )
and UNITED STEELWORKERS OF AMERICA, )
LOCAL 421-U, )
)
              Defendants. )
)

## DECLARATION OF THERESA MERRILL

I, Theresa Merrill, declare as follows:

1. I am an assistant general counsel with the United Steelworkers of America, AFL-CIO/CLC, Five Gateway Center, Pittsburgh, Pennsylvania, 15222.

2. I have been a member in good standing of the Bar of the State of New York since January 25, 2000.

3. I have been a member in good standing of the Bar of the Commonwealth of Pennsylvania since November 22, 2002.

4. I am a member of the United States District Court for the Eastern District of Missouri, the Northern District of Ohio and the Western District of Pennsylvania. I am also a member of the United States Court of Appeals for the Fourth, Fifth and Sixth Circuits.

5. I am a member in good standing in all jurisdictions to which I have been admitted.

6. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare that the foregoing is true and correct under penalty of the laws of perjury.

*Theresa Merrill*
_____
Theresa Merrill

Dated: December 15, 2004