UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUCLIDES SOTO, LOUIS A. MARTINEZ, )
JOSE RAMIREZ, CLEMENTE HERNANDEZ, )
CESAR PIZARO, ELISON PENA, )
JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, )
ANGEL BAEZ, ANTONIO MARTINEZ, )
WILFREDO ORTIZ, EULOGIO ORTIZ, )  Civil Action No.
MIRRAIN MIRANDA, RAFAEL MORENO, )  04-10892-JLT
NELSON ACEVEDO, and )
RAMON RODRIQUEZ, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　　　　　　)
SHERMAN-FEINBERG CORPORATION, )
FARNSWORTH FIBRE CORPORATION, )
and UNITED STEELWORKERS OF AMERICA, )
LOCAL 421-U, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　　　　)

**DEFENDANT UNITED STEELWORKERS OF AMERICA, LOCAL 421-U'S
MOTION FOR LEAVE TO ALLOW COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), Defendant United Steelworkers of America, Local Union 421-U ("Union") moves the Court for leave to allow Attorney Theresa Merrill of the United Steelworkers of America, Legal Department, Five Gateway Center, Pittsburgh, Pennsylvania 15222, to appear pro hac vice in this cause on behalf of the Union. In support of its motion, the Union refers the Court to the Declaration of Theresa Merrill, filed herewith, and further states that the Union has retained a member of the bar of this Court, Harold L. Lichten,

Esq., of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., who has filed an appearance in this action.

December 21, 2004

Respectfully submitted,

/s/ Harold Lichten
Harold L. Lichten, BBO 549689
Pyle, Rome, Litchten, Ehrenberg
  & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200