UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUCLIDES SOTO, LOUIS A. MARTINEZ,
JOSE RAMIREZ, CLEMENTE HERNANDEZ,
CESAR PIZARO, ELISON PENA,
JUAN COLON, JOSE ORTIZ, RAFAEL TORRES,
ANGEL BAEZ, ANTONIO MARTINEZ,
WILFREDO ORTIZ, EULOGIO ORTIZ,
MIRRAIN MIRANDA, RAFAEL MORENO,
NELSON ACEVEDO, and
RAMON RODRIQUEZ,

      Plaintiffs,

v.

SHERMAN-FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION,
and UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U,

      Defendants.

Civil Action No.
04-10892-JLT

**DEFENDANT, UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), defendant, United Steelworkers of America, Local 421-U, and its counsel, Harold L. Lichten, hereby certify that they have conferred:

(a)    with the view of establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Theresa Merrill

_____
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

DATE: December 21, 2004