UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-10892-JLT

EUCLIDES SOTO, LOUIS A. MARTINEZ, )
JOSE RAMIREZ, CLEMENTE HERNANDEZ, )
CESAR PIZARO, ELISON PENA, )
JUAN COLON, JOSE ORTIZ, )
RAFAEL TORRES, ANGEL BAEZ, )
ANTONIO MARTINEZ, WILFREDO ORTIZ, )
EULOGIO ORTIZ, MIRRAIN MIRANDA, )
RAFAEL MORENO, NELSON ACEVEDO, )
and RAMON RODRIGUEZ, )
                                                              )
            Plaintiffs                              )
                                                              )
v.                                                       )
                                                              )
SHERMAN-FEINBERG CORPORATION,  )
FARNSWORTH FIBRE CORPORATION, )
UNITED STEELWORKERS OF AMERICA, )
LOCAL 421-U, AND UNITED STEELWORKERS )
OF AMERICA                              )
            Defendants                           )
                                                              )

## CERTIFICATE OF SERVICE

I, Robert O. Berger, attorney for the plaintiffs, hereby certify that on January 20, 2005, a copy of the Motion to Amend Complaint and the Amended Complaint were served by first-class mail, postage pre-paid on the following named persons:

Farnsworth Fibre Corporation
Sherman-Feinberg Corporation
185 Old Colony Avenue
Boston, MA 02127

| | |
|---|---|
| Harold Lichten, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan<br>18 Tremont Street<br>Suite 500<br>Boston, MA 02108 | Attorney for Defendants,<br>United Steel Workers<br>of America and Local 421-U |

Theresa Merrill Stones
Five Gateway Center
Pittsburgh, PA 15222

John Lee Diaz, Esq.
Law Offices of John Lee Diaz
801A Tremont Street
Boston, MA 02118

Assistant General Counsel
United Steelworkers of America

Attorney for Plaintiff,
Jose Ortiz

_/s/ Robert O. Berger_
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel (617) 423-7575
BBO# 038900
Attorney for Plaintiffs