UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOTO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-10892-JLT |
| | * | |
| SHERMAN-FEINBERG CORPORATION, | * | |
| FARNSWORTH FIBRE CORPORATION, | * | |
| and UNITED STEELWORKERS OF AMERICA, | * | |
| LOCAL 421-U, | * | |
| | * | |
| Defendants. | * | |

## ORDER

February 2, 2005

TAURO, J.

This court hereby orders that:

1. Defendants' Motion to Revise Discovery Order [#13] is ALLOWED;

2. Defendants may depose each of the Plaintiffs and two company officials;

3. The abovementioned discovery shall be completed by April 1, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. This court's January 5, 2005 order is otherwise unchanged;

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge