UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, <br> JOSE RAMIREZ, CLEMENTE HERNANDEZ, <br> CESAR PIZARO, ELISON PENA, <br> JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, <br> ANGEL BAEZ, ANTONIO MARTINEZ, <br> WILFREDO ORTIZ, EULOGIO ORTIZ, <br> MIRRAIN MIRANDA, RAFAEL MORENO, <br> NELSON ACEVEDO, and <br> RAMON RODRIQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN-FEINBERG CORPORATION, <br> FARNSWORTH FIBRE CORPORATION, <br> and UNITED STEELWORKERS OF AMERICA, <br> LOCAL 421-U, <br><br> Defendants. | Civil Action No. <br> 04-10892-JLT |

NOTICE OF APPEARANCE

Please enter an appearance for Alfred Gordon as counsel on behalf of the Defendant United Steelworkers of America, Local 421-U. Harold L. Lichten, who has already entered an appearance, will continue as counsel for Plaintiffs in this matter.

Respectfully submitted,

                                                            s/Alfred Gordon
Alfred Gordon, BBO #630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
Date: March 31, 2005                                      (617) 367-7200

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on the attorneys of record for each party by first-class mail on March 31, 2005.

                                                            ___s/Alfred Gordon_____
                                                            Alfred Gordon