UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOTO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-10892-JLT |
| | * | |
| SHERMAN-FEINBERG CORPORATION, | * | |
| FARNSWORTH FIBRE CORPORATION, | * | |
| and UNITED STEELWORKERS OF AMERICA, | * | |
| LOCAL 421-U, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 5, 2005

TAURO, J.

After the Further Conference held on April 5, 2005, this court hereby orders that:

1. Plaintiffs' <u>Motion to Amend Complaint to Add National Union and Discrimination Count</u> [#18] is ALLOWED;

2. Plaintiffs shall serve Defendants with the Amended Complaint by May 6, 2005;

3. Plaintiffs shall notify Defendants and this court of the time, date, and place of mediation by May 6, 2005.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge