# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

CLERKS OFFICE
2005 MAY -4 A 11:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

EUCLIDES SOTO, ET AL

V.

SHERMAN FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, and UNITED STEELWORKERS of AMERICA, LOCAL 421-U

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10892 JLT

TO: (Name and address of Defendant)

Farnsworth Fibre Corporation
c/o Lawrence Feinberg
11 Smokey Hill Road
Wayland, MA 01778-3807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esq.
11 Beacon Street
Suite 1210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

APR 11 2005
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

April 27, 2005

I hereby certify and return that on 4/26/2005 at 1:05PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of SHERMAN - FEINBERG CORPORATION & FARNSWO, , 11 SMOKEY HILL Road C/O LAWRENCE FEINBERG WAYLAND, MA 01778 and by mailing 1st class to the above address on 4/26/2005. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

Murray Zuk

*Deputy Sheriff*

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____ Date ____ *Signature of Server*

____ *Address of Server*