# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

EUCLIDES SOTO, ET AL

V.

SHERMAN FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION,
and UNITED STEELWORKERS of
AMERICA, LOCAL 421-U

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04_10892 JLT

TO: (Name and address of Defendant)

Farnsworth Fibre Corporation
c/o Lawrence Feinberg, President
11 Smokey Hill Road
Wayland, MA 01778-3807

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger, Esq.
11 Beacon Street
Suite 1210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 1 1 2005

DATE

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

EUCLIDES SOTO, ET AL
        V.

SHERMAN FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION,
and UNITED STEELWORKERS of
AMERICA, LOCAL 421-U

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-10892 JLT

TO: (Name and address of Defendant)

     Farnsworth Fibre Corporation
     c/o Lawrence Feinberg, President
     11 Smokey Hill Road
     Wayland, MA 01778-3807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Robert O. Berger, Esq.
     11 Beacon Street
     Suite 1210
     Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE: APR 1 1 2005

MAY 5, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   FARNSWORTH FIBRE CORP.
C/O LAWRENCE FEINBERG, PRESIDENT

*by delivering to*   (3) ATTEMPTS. THIS IS A RESIDENCE. SERVER FEELS THAT A RESIDENT WAS AT HOME AND NOT ANSWERING THE DOOR. AS DISCUSSED WITH SENDING ATTORNEY, SERVE C/O SECRETARY OF STATE.

*in hand, or*
*leaving at last and usual place of abode, to wit:*

*No.*   11 SMOKEY HILL ROAD
*in the*   WAYLAND   *District of said*   MIDDLESEX   *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of*
40   *miles in the service of this process*

_____
Process Server

# QUICKSERV
### ALLSTATE PROCESS SERVERS

MAY 6, 2005

## RETURN OF SERVICE

*I this day SERVED the within named*  FARNSWORTH FIBRE CORPORATION
C/O SECRETARY OF STATE

*by delivering to*  PATRICIA HARNEY, PROCESS SPECIALIST, 10:25 AM

**X**  *in hand*

*No.*  1 ASHBURTON PLACE
*in the*  BOSTON    *District of said*  SUFFOLK    *County an attested copy of the SUMMONS AND COMPLAINT*

*Service and travel*    28

*Fee to Secretary of State*    10

*it being necessary I actually used a motor vehicle in the distance of*
10    *miles in the service of this process*

*Process Server*