**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Euclides Soto, et al  
         Plaintiff(s)

                      V.                                                              CIVIL ACTION

                                                                                      NO.  04-cv-10892 JLT

  Sherman-Feinberg Corporation, et al  
         Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ for the following ADR program:

_____ SCREENING CONFERENCE              _____ EARLY NEUTRAL EVALUATION
\_\_X\_\_\_ MEDIATION                                       _____ MINI-TRIAL
_____ SUMMARY JURY TRIAL                    _____ SETTLEMENT CONFERENCE
_____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

 7-13-05                                                      /s/ Kimberly M. Abaid
     DATE                                                       DEPUTY CLERK

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | __X__ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                                                                                  [orefadr.]