UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_EUCLIDES SOTO, et al._
Plaintiff(s)

v.

_Sherman-Feinberg Corp., et al_
Defendant(s)

CIVIL ACTION

NO. _04-10892-JLT_

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _Tauro_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On _July 21, 2005_ I held the following ADR proceeding:

___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION

_X_ MEDIATION (followup telephone conference)      ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL      ___ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel [~~except~~ _____ ]

[✓] The parties were present in person or by authorized corporate officer

The case was:

[ ] Settled. A ___ day order of dismissal has been entered by the court.

[ ] There was progress.

[✓] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_July 21, 2005_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge