UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, And RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEEL WORKERS OF AMERICA, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10892-JLT |

## OPPOSITION TO MOTION TO CONTINUE CASE

The Defendants, Sherman-Feinberg Corporation and Farnsworth Fibre Corporation, hereby oppose the Motion to Continue the Case filed by the United Steel Workers of America. The moving parties herein say that they have been named in this case although no relief is sought from them. The pendancy of this action continues to subject them to ongoing legal expenses and that any continuation of the matter will continue that financial burden.

BOS\134717.1

SHERMAN-FEINBERG CORPORATION AND
FARNSWORTH FIBRE CORPORATION
By their attorneys,

/s/ Franklin H. Levy
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
(617) 289-9200

Dated: July 21, 2005