UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOTO, et al., | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-10892-JLT |
| | * | |
| SHERMAN-FEINBERG CORPORATION, | * | |
| FARNSWORTH FIBRE CORPORATION, | * | |
| and UNITED STEELWORKERS OF AMERICA, | * | |
| LOCAL 421-U, | * | |
|     Defendants. | * | |

ORDER

July 25, 2005

TAURO, J.

After the Status Conference held on July 25, 2005, this court hereby orders that:

1. Motion of Defendants to Indefinitely Postpone Trial [#31] is ALLOWED;

2. Plaintiffs' Motion to Strike Motion of Defendants for Summary Judgment [#34] is DENIED;

3. Plaintiffs shall respond to Defendants' Motion for Summary Judgment by September 1, 2005;

4. Defendants may file a Reply within fourteen (14) days after Plaintiffs file the abovementioned response; and

5. Plaintiffs may file a Sur-Reply within seven (7) days after Defendants file the abovementioned Reply.

IT IS SO ORDERED.

                                                   /s/ Joseph L. Tauro
                                                 United States District Judge