IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ,<br>JOSE RAMIREZ, CLEMENTE HERNANDEZ,<br>CESAR PIZARO, ELISON PENA,<br>JUAN COLON, JOSE ORTIZ, RAFAEL TORRES,<br>ANGEL BAEZ, ANTONIO MARTINEZ,<br>WILFREDO ORTIZ, EULOGIO ORTIZ,<br>MIRRAIN MIRANDA, RAFAEL MORENO,<br>NELSON ACEVEDO, and<br>RAMON RODRIQUEZ,<br>           Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION,<br>FARNSWORTH FIBRE CORPORATION,<br>UNITED STEELWORKERS OF AMERICA,<br>LOCAL 421-U, and UNITED STEELWORKERS<br>OF AMERICA,<br>           Defendants. | Civil Action No.<br>04-10892-JLT |

## MOTION OF THE DEFENDANTS UNITED STEELWORKERS, LOCAL 421-U AND UNITED STEELWORKERS FOR LEAVE TO SUBMIT A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

The Defendants, United Steelworkers of America, Local 421-U and United Steelworkers of America (collectively, the Union) hereby move for leave to submit a Memorandum of Law in excess of twenty (20) pages pursuant to Local Rule 7.1(B)(4).

In support of this Motion, the Union states that the Memorandum of Law exceeds twenty pages because it addresses all of the numerous claims raised by the Plaintiffs in the complaint and because the legal issues in this case require

1

that the Summary Judgment Motion be supported by a Memorandum of adequate

length to properly apprise the Court of the relevant facts and precedent.

Respectfully submitted,

Dated:  July 20, 2005

_____
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA  02108
(617) 367-7200

Theresa Merrill Stones
Assistant General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA  15222
(412) 562-2533

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the
attorneys of record for each party by hand delivery on July 20, 2005.

_____
Alfred Gordon