

56

Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Soto, et. als.

v.

Sherman-Feinberg, et. als.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER 04-10892

TO: Lowell Alexander
United States Steelworkers
100 Medway
Milford, MA

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY U.S. District Court for the District of Massachusetts John Joseph Moakley U.S. Courthouse One Courthouse Way Boston, MA 02210 | COURTROOM Judge Joseph J. Tauro Session |
|---|---|
| | DATE AND TIME July 26, 2005 at 9:00 AM |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one of more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLANTIFF OR DEFENDANT) Robert O. Berger, Esq. Attorney for the Plaintiffs | DATE 7/13/05 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER Robert O. Berger, Esq. 11 Beacon Street, Suite 1210 Boston, MA 02108 (617) 423-7575 | |

Stamp: A TRUE COPY ATTEST DAVID D. AYLES, PROCESS SERVER AND DISINTERESTED PERSON

JULY 14, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* LOWELL ALEXANDER
UNITED STEEL WORKERS

*to appear as within directed by delivering to*   (3) ATTEMPTS, LOWELL ALEXANDER IS RARELY IN OFFICE, COPY LEFT WITH MARY FUSCO, OFFICE MANAGER, 9:30 AM, AUTHORIZED TO ACCEPT

**X**   *in hand, or*
   *leaving at last and usual place of abode, to wit:*

*No.*   100 MEDWAY
*in the*  MILFORD   *District of said* WORCESTER   *County an attested copy of the subpoena together with*   $ 56   *fees for attendance and travel*

| | | |
|---|---|---|
| *Service and travel* | 56 | *it being necessary I actually used a motor vehicle in the distance of* 30 *miles in the service of this process* |
| *Paid Witness* | 56 | |

*Kevin Kohler*
―――――――――――――
Process Server