UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, Plaintiffs, v. SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEELWORKERS OF AMERICA, Defendants. | CIVIL ACTION NO.: 04-10892-JLT |

## **MOTION TO PERMIT THE FILING OF A BRIEF EXCEEDING 20 PAGES**

The plaintiffs move to permit them to file a brief exceeding 20 pages..

1. With the permission of the Court, the defendant, United Steelworkers of America, Local 421-U and the defendant, United Steelworkers of America filed a brief in excess of 20 pages.

2. The defendants' arguments covered a number of topics, which required factual and legal analysis in detail.

20. The defendants' wish to dispose of the case is answered in the factual and legal arguments which in the interest of justice require careful consideration.

WHEREFORE, the plaintiffs request the permission of the court to file an opposition to the motion for summary judgment exceeding 20 pages.

/s/ Robert O. Berger
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel: 617-423-7575
BBO #: 038900
Attorney for Plaintiffs


/s/ John Lee Diaz
John Lee Diaz, Esq.
801A Tremont Street
Boston, MA 02118
BBO #: 542819
Attorney for Jose Ortiz