UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEELWORKERS OF AMERICA,<br>　　　　　　　Defendants. | CIVIL ACTION<br>NO.: 04-10892-JLT |

## AFFIDAVIT OF ROBERT O. BERGER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1. I, Robert O. Berger, hereby swear and affirm that I am the attorney for the Plaintiffs in the above captioned matter and attach hereto are true and accurate copies of the following documents from transcripts or evidence in accordance with L.R. 56.1 as exhibits to the opposition.

2. In addition, I practice law in the areas of employment and labor law and received a peer review rating of AV from Martindale-Hubbell when the plaintiffs first consulted me to advise and assist them. (See Opp. p.2.)

1

Signed under the penalties of perjury on the first day of September 2005.

*[signature]*
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575
BBO#: 038900
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9/1/05

*[signature]*

2