UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| EUCLIDES SOTO, LOUIS A. MARTINEZ, | ) | |
| JOSE RAMIREZ, CLEMENTE HERNANDEZ, | ) | |
| CESAR PIZARO, ELISON PENA, | ) | |
| JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, | ) | |
| ANGEL BAEZ, ANTONIO MARTINEZ, | ) | |
| WILFREDO ORTIZ, EULOGIO ORTIZ, | ) | Civil Action No. |
| MIRRAIN MIRANDA, RAFAEL MORENO, | ) | 04-10892-JLT |
| NELSON ACEVEDO, and | ) | |
| RAMON RODRIQUEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHERMAN-FEINBERG CORPORATION, | ) | |
| FARNSWORTH FIBRE CORPORATION, | ) | |
| UNITED STEELWORKERS OF AMERICA, | ) | |
| LOCAL 421-U, and UNITED STEELWORKERS | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ASSENTED-TO MOTION OF DEFENDANTS UNITED STEELWORKERS OF
AMERICA, LOCAL 421-U AND UNITED STEELWORKERS OF AMERICA
FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendants United Steelworkers of America, Local Union 421-U and United

Steelworkers of America, AFL-CIO/CLC (collectively, the "Union") hereby move for an

extension of time of five (5) days to file the reply brief to the Plaintiffs' opposition to the

defendants' motion for summary judgment.  As grounds for this request, Defendants' counsel

state that a scheduling conflict has arisen with another brief due to be filed in the Massachusetts

Supreme Judicial Court this same week.

Pursuant to Local Rule 7.1, the undersigned Counsel for the Defendant Union conferred

with the Plaintiffs' Counsel, Attorney Robert Berger, who does not oppose this motion.

WHEREFORE, the Defendant Union respectfully requests that the Court extend the time for filing the reply brief in the above-captioned matter to Tuesday, September 20, 2005, and accordingly extend the deadline for the filing of any surreply to Tuesday, September 27, 2005.

Respectfully submitted,

Dated: September 12, 2005

_____s/Alfred Gordon_____
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg
        & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA  02108
(617) 367-7200

Theresa Merrill
Assistant General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA  15222
(412) 562-2533

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on September 12, 2005.

s/Alfred Gordon _____
Alfred Gordon

2