UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENT HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIQUEZ,<br>        Plaintiffs<br><br>V.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEEL WORKERS OF AMERICA, LOCAL 421-U, and UNITED STEEL WORKERS OF AMERICA,<br>        Defendants | Civil Action No. 1-04-CV-10892-JLT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as attorney for the above named plaintiffs in the above-entitled action.

John Lee Diaz, Esq.

Dated: September 13, 2005

*[signature: for John Lee Diaz]*

Law Office of John Lee Diaz
John Lee Diaz
BBO# 542819
801A Tremont Street
Boston, MA 02118

## CERTIFICATE OF SERVICE

I, John Lee Diaz, Esq., hereby certify that I have served the foregoing document, by mailing a copy of the same, postage prepaid to the attorney of record for each party on September 13, 2005:

Date: 9/13/05

/s/ John Lee Diaz
John Lee Diaz, Esq.
BBO# 542819
Law Offices of John Lee Diaz
801C Tremont Street
Boston, MA 02118
(617) 445-7900