UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, Plaintiffs, v. SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEELWORKERS OF AMERICA, Defendants. | CIVIL ACTION NO.: 04-10892-JLT |

**ASSENTED-TO MOTION OF PLAINTIFFS
FOR AN EXTENSION OF TIME TO FILE SURREPLY BRIEF**

Plaintiffs hereby move for an extension of time of fourteen (14) days to file the Surreply Brief to the Defendant's Reply Brief to the Opposition to the Motion for Summary Judgment. As grounds for this request, Plaintiff's counsel state that a scheduling conflict has arisen with pending preparation for hearings with the U.S. District Court, briefs due to be filed in the Massachusetts Appellate Court, and a number of attendances at the Norfolk Superior Court this same week.

Pursuant to Local Rule 7.1, the undersigned Counsel for the Plaintiffs conferred with the Defendants' Counsel, Attorney Alfred Gordon, who does not oppose this motion.

WHEREFORE, the Plaintiffs respectfully requests that the Court extend the time for filing the Surreply Brief in the above-captioned matter to Monday, October 10, 2005.

|  |  |
|---|---|
| Dated: September 26, 2005 | Respectfully submitted,<br><br> /s/ Robert O. Berger<br>Robert O. Berger<br>11 Beacon Street, Ste. 1210<br>Boston, MA 02108<br>(617) 423-7575 Tel<br>(617) 275-8000 Fax<br>BBO #: 038900<br>Attorney for Plaintiffs<br><br> /s/ John Lee Diaz<br>John Lee Diaz<br>801A Tremont Street<br>Boston, MA 02118<br>(617) 445-7900 Tel<br>BBO #: 542819<br>Attorney for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on September 26, 2005.

 /s/ Robert O. Berger
Robert O. Berger

2