UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STEELWORKERS OF AMERICA, ITS LOCAL 421-U, ET AL. <br><br> DEFENDANTS | NO. 04-10892-JLT |

## MOTION FOR SPEEDY TRIAL BY STATUTORY RIGHT

The plaintiffs bring this motion for speedy trial under the provisions of Massachusetts General Laws 151B, § 9 which provide them the automatic right to a speedy trial, in pertinent part, as follows: "[A]n action filed pursuant to this section *shall be advanced* for a speedy trial at the request of the petitioner."

The amended complaint alleges, in part, that the Steelworker's union and its local have engaged in a pattern and practice of continuous discrimination against its Hispanic membership at the Farnsworth Fibre Corporation (Farnsworth), in violation of Massachusetts General Laws, c.151B, §4, ¶2. The Court scheduled the case for trial before; but the union defendants filed a motion for summary judgment that the Court denied. Then and now, many of the plaintiffs are poor, and some are homeless.

WHEREFORE, the plaintiff requests a speedy trial under the provisions of Massachusetts General Laws 151B, § 9.

Respectfully Submitted,

*Robert O. Berger*
Robert O. Berger
John Lee Diaz
Attorney for Plaintiffs
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party ~~by mail (by hand)~~ on 11/21/0\_ [by e-mail]

*Robert O. Berger*

2