**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIQUEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, and UNITED STEELWORKERS OF AMERICA,<br><br>        Defendants. | Civil Action No.<br>04-10892-JLT |

## ASSENTED-TO JOINT MOTION FOR A CONTINUANCE

The Plaintiffs and Union Defendants hereby move for a continuance of trial in this matter, currently scheduled by order of the Court for December 12, 2005.

As grounds for this motion, the parties state that Counsel for both the Plaintiffs and the Union have considerable scheduling conflicts on the scheduled trial date, including Attorney Diaz's trip outside the country with his family. In addition, Attorney Berger is representing an incarcerated defendant in a jury trial in state court on December 12, 2005, with a risk of substantial incarceration. Moreover, a continuance would be necessary to accommodate a final pretrial conference, which the parties have moved for this date.

In this regard, the trial could be continued until the week of January 23, 2006, or alternatively, the week of March 13, 2006, or at another time agreeable to the parties and convenient to the Court.

Pursuant to Local Rule 7.1, the undersigned counsel for the Union Defendants conferred with counsel for the Corporate Defendants, who has assented to this motion.

WHEREFORE, the parties respectfully request that the Court continue the above-referenced case until after the parties can confer on a trial date, or in any event, to a date certain following a final pretrial conference.

                                            Respectfully submitted,

Dated: November 28, 2005            ___s/Alfred Gordon_____
                                              Harold L. Lichten, BBO # 549689
                                              Alfred Gordon, BBO # 630456
                                              Pyle, Rome, Lichten, Ehrenberg
                                                  & Liss-Riordan, P.C.
                                              18 Tremont St., Ste. 500
                                              Boston, MA  02108
                                              (617) 367-7200

                                              Theresa Merrill
                                              Assistant General Counsel
                                              United Steelworkers of America
                                              Five Gateway Center
                                              Pittsburgh, PA  15222
                                              (412) 562-2533


                                            ___s/Robert Berger_____
                                              Robert Berger, BBO# 038900
                                              11 Beacon Street, Ste. 1210
                                              Boston, MA 02108

                                                _____s/John Lee Diaz_____
                                                John Lee Diaz, BBO #542819
                                                Law Offices of John Lee Diaz
                                                801A Tremont Street
                                                Boston MA 02118

## CERTIFICATE OF SERVICE

    I hereby certify that, in addition to being electronically filed, a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on November 28, 2005.

                                                ____s/Alfred Gordon_____
                                                Alfred Gordon