UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, | ) | NO. 04-10892-JLT |
| Plaintiffs, | ) |  |
| v. | ) |  |
| UNITED STEELWORKERS OF AMERICA, ITS LOCAL 421-U, ET AL. | ) |  |
| DEFENDANTS | ) |  |

## PLAINTIFFS' WITNESS LIST

The plaintiffs disclosed on February 7, 2005 the following witnesses who will be used at trial and the names and addresses are provided for the jury:

1. Lowell Alexander, Keeper of Records of Milford, MA;
2. Kenneth Doucette of Malden, MA;
3. Nelson Acevedo of Dorchester, MA;
4. Angel Baez of Dorchester, MA;
5. Miriam Caminero, Roslindale, MA;
6. Clemente Hernandez of Dorchester, MA;
7. Antonio Martinez of Jamaica Plain, MA;
8. Luis A. Martinez of Roslindale, MA;
9. Jose E. Ortiz of Dorchester, MA;
10. Eulogio Ortiz of Dorchester, MA;

11. Juan R. Colon Ortiz of Boston, MA;

12. Wilfredo C. Ortiz of Dorchester, MA;

13. Elison Pena of Dorchester, MA;

14. Cesar Narciso Pizarro of Dorchester, MA;

15. Jose D. Ramirez Dorchester, MA;

16. Ramon Rodriguez of Florida;

17. Euclides Soto of Brockton, MA;

18. Rafael Torres of Dorchester, MA; and

It is anticipated that they will also be witnesses at trial.

Respectfully Submitted,

Date: December 7, 2005

/s/ Robert O. Berger
Robert O. Berger (BBO #: 038900)
11 Beacon Street, Suite 1210
Boston, MA  02108
Tel (617) 423-7575
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I, Robert O. Berger, hereby certify that I have served a true and exact copy of the above document by electronic transfer or first class mail, postage prepaid on the following named persons:

Harold Lichten, Esq.
Alfred Gordon, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC
18 Tremont Street, Suite 500
Boston, MA  02108
*(Electronic Transfer)*

Franklin H. Levy, Esq.
Duane Morris LLP
470 Atlantic Avenue
Boston, MA 02210
*(Electronic Transfer)*

Theresa Merrill Stones, Esq.
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA 15222
*(First Class Mail)*

John Lee Diaz, Esq.
Law Offices of John Lee Diaz
801A Tremont Street
Boston, MA 02118
*(First Class Mail)*

Date: December 7, 2005                        /s/ Robert O. Berger
                                                    Robert O. Berger (BBO #: 038900)