UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, Plaintiffs, v. SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEELWORKERS OF AMERICA, Defendants. | CIVIL ACTION NO.: 04-10892-JLT |

**Motion for Appointment of Translator at the Cost of the Government**

Now come the plaintiffs, all of whom speak Spanish solely, and move for the appointment of a translator for the trial at the cost of the government. Suggested names will be submitted at the Pre-Trial Conference.

In general the plaintiffs earned less that $7.50 per hour before the plant shut down.

1

2

                                                                  Respectfully submitted,

Dated: February 16, 2006        /s/ Robert O. Berger
                                                      Robert O. Berger (BBO#: 038900)
                                                      11 Beacon Street, Ste. 1210
                                                      Boston, MA 02108
                                                      (617) 423-7575 Tel
                                                      (617) 275-8000 Fax
                                                      Attorney for Plaintiffs

                                                      /s/ John Lee Diaz
                                                      John Lee Diaz (BBO#: 542819)
                                                      801A Tremont Street
                                                      Boston, MA 02118
                                                      (617) 445-7900 Tel
                                                      Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served by electronic transfer on the attorney of record for each party on February 16, 2006.

Dated: February 16, 2006        /s/ Robert O. Berger
                                                      Robert O. Berger (BBO#: 038900)