## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIQUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, and UNITED STEELWORKERS OF AMERICA,<br><br>    Defendants. | Civil Action No.<br>04-10892-JLT |

### DEFENDANT UNIONS' PRETRIAL DISCLOSURES

Now come the Defendants United Steelworkers of America, Local 421-U, and United Steelworkers of America (collectively, the Union), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5(C), and provides the following pretrial disclosures:

  **A.** **List of Witnesses Expected to Be Called at Trial**

    1. Lowell Alexander

    2. Theresa Merrill Stones

    3. Albert H. Polk, Sub-District Director
      United Steelworkers Sub-District 4 Office
      100 Medway Road, Suite 403
      Milford, MA  01757

4. Masiel DaSilva, Secretary/Receptionist
   United Steelworkers Sub-District 4 Office
   100 Medway Road, Suite 403
   Milford, MA 01757
   (508) 482-5555

5. Kenneth J. Doucette
   161 Pearl Street
   Malden, MA

6. Lawrence S. Feinberg
   11 Smokey Hill Road
   Wayland, MA

7. Nelson Acevedo

8. Angel Baez

9. Clemente Hernandez

10. Antonio Martinez

11. Luis A. Martinez

12. Jose E. Ortiz

13. Eulogio Ortiz

14. Juan R. Colon Ortiz

15. Wilfredo C. Ortiz

16. Elison Pena

17. Cesar Narciso Pizarro

18. Jose D. Ramirez

19. Ramon Rodriguez

20. Euclides Soto

21. Rafael Torres

22. Mirrain Miranda

    23.    Rafael Moreno

**B.**    **List of Documents Expected to Be Offered at Trial**

1. Collective bargaining agreement between Sherman-Feinberg Corp. & Farnsworth Fibre Corp. and U.S.W.A. Local 421-U (English version)

2. Collective bargaining agreement between Sherman-Feinberg Corp. & Farnsworth Fibre Corp. and U.S.W.A. Local 421-U (Spanish version)

3. Collective bargaining agreement between Sherman-Feinberg Corp. & Farnsworth Fibre Corp. and Upholsterers International Union.

4. Letter designating Lowell Alexander as staff representative for Local 421 U-6.

5. Salary voucher for Jose Ortiz's participation in collective bargaining

6. Notice of Spanish stewards training

7. Memo and checks relating to Spanish stewards training

8. Letter from Feinberg to Alexander announcing the shop closing

9. Benefit report for Jose Ramirez

10. Grievance Report regarding medical benefits

11. Grievance Report regarding seniority provisions

12. Grievance Report regarding report pay

13. Collective bargaining agreement between Sealy Mattress Co. and USWA, Local 421-U

14. Sealy Mattress plant closure agreement

15. Collective bargaining agreement between Beebe Rubber Co. and USWA, Local 570

16. Collective bargaining agreement between Cone Blanchard Machine Co. and USWA

17. Collective bargaining agreement between Rosbro Plastics and USWA

18. Rosbro Plastics closing agreement

19. Seniority listing for Sealy Mattress Company's Randolph, MA, plant

20. Deposition transcript for Jose Enrique Ortiz

21. Deposition transcript for Nelson Acevedo

22. Deposition transcript for Angel Baez

23. Deposition transcript for Clemente Hernandez

24. Deposition transcript for Antonio Martinez

25. Deposition transcript for Luis A Martinez

26. Deposition transcript for Eulogio Ortiz

27. Deposition transcript for Juan R. Colon Ortiz

28. Deposition transcript for Wilfred Ortiz

29. Deposition transcript for Elison Pena

30. Deposition transcript for Cesar Pizarro

31. Deposition transcript for Jose D. Ramirez

32. Deposition transcript for Ramon Rodriguez

33. Deposition transcript for Euclides Soto

34. Deposition transcript for Rafael Torres

35. Letter from Robert Berger to Union – March 4, 2004

36. Letter from Theresa Merrill Stones to Robert Berger – March 18, 2004

37. Letter from Berger to Merrill Stones – April 1, 2004

38. Letter from Kenneth Doucette to Berger – April 6, 2004

39. Letter from Merrill Stones to Berger – April 7, 2004

Respectfully submitted,

Dated:  February 17, 2006

  s/ Harold L. Lichten
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA  02108
(617) 367-7200

Theresa Merrill
Assistant General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA  15222
(412) 562-2533

## CERTIFICATE OF SERVICE

    I hereby certify that, in addition to being electronically filed, a true copy of the above document was served by first class mail, postage prepaid on the attorney of record for each party on February 17, 2006.

  s/ Harold L. Lichten
Harold L. Lichten