UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

EUCLIDES SOTO, LOUIS A. MARTINEZ,
JOSE RAMIREZ, CLEMENTE HERNANDEZ,
CESAR PIZARO, ELISON PENA,
JUAN COLON, JOSE ORTIZ, RAFAEL TORRES,
ANGEL BAEZ, ANTONIO MARTINEZ,
WILFREDO ORTIZ, EULOGIO ORTIZ,
MIRRAIN MIRANDA, RAFAEL MORENO,
NELSON ACEVEDO, and
RAMON RODRIQUEZ,

           Plaintiffs,

v.

SHERMAN-FEINBERG CORPORATION,
FARNSWORTH FIBRE CORPORATION,
UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U, and UNITED STEELWORKERS
OF AMERICA,

           Defendants.
_____

Civil Action No.
04-10892-JLT

**UNION DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION TO ATTACH**

The Defendants, United Steelworkers of America, Local 421-U and United Steelworkers of America[1] hereby move this Court to Strike Plaintiffs' Motion to Attach Assets of the United Steelworkers of America. This motion is supported by Defendants' Memorandum of Law attached hereto.

---

[1] In April 2005 the United Steelworkers of America ("USWA") merged with the Paper, Allied-Industrial, Chemical and Energy Workers International Union ("PACE") to become United Steel, Paper and Forestry, Rubber, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("United Steelworkers" or "USW").

1

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Strike Plaintiffs' Motion to Attach Assets of the United Steelworkers of America, Local 421-U.

                                  Respectfully submitted,

Dated:  February 17, 2006        __s/Harold L. Lichten_____
                                          Harold L. Lichten, BBO # 549689
                                          Alfred Gordon, BBO # 630456
                                          Pyle, Rome, Lichten, Ehrenberg
                                              & Liss-Riordan, P.C.
                                          18 Tremont St., Ste. 500
                                          Boston, MA  02108
                                          (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail on the attorney of record for each party on February 17, 2006.

                                          __s/Harold L. Lichten_____
                                          Harold L. Lichten