COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

---

Employees of Farnsworth Fibre )
Complainant, )
)
v. )
)
United Steelworkers of America )
Respondent. )
---

DOCKET No :   04-BEM- 01227, 01228, 01229, 01230, 01231,
01232, 01233, 01234, 01235, 01236, 01237, 01238,
01804, 01809, 01811, 01821, 01823

### ORDER

This matter comes before me on Respondent's, United Steelworks of America, Motion to Dismiss for Lack of Jurisdiction. The Respondent's Motion to Dismiss for Lack of Jurisdiction is hereby **GRANTED**.

SO ORDERED this 21st day of December, 2004.

Walter J. Sullivan, Jr.
Investigating Commissioner