UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, And RAMON RODRIGUEZ,<br>　　　　　　Plaintiffs,<br><br>V.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U AND UNITED STEELWORKERS OF AMERICA,<br>　　　　　　Defendants. | CIVIL ACTION<br>NO.: 04-10892-JLT |

## OPPOSITION TO MOTION IN LIMINE OF THE DEFENDANTS UNITED STEELWORKERS LOCAL 421-U AND UNITED STEELWORKERS TO PRECLUDE UNSPECIFIC TESTIMONY RELATING TO INCIDENTS IN THE FARNSWORTH FIBRE PLANT

The plaintiffs will testify at trial to the best of their ability about the plant as specifically as possible. The defendant union can object at that time to the testimony. This is a trial matter for direct and cross-examination and not for a ruling prior to trial.

The district court will find that the evidence about the plant safety, where fingers were chopped off, and faces burned and fires raged in the plant, has deep and telling probative value (and, therefore, is relevant, *see* Fed. R. Evid. 401) in a number of

respects: (i) establishing the defendant's consciousness of safety issues; (ii) rebutting any suggestion that the plaintiffs fabricated the claims; and (iii) impeaching witnesses indicating that there was no circumstantial evidence of discrimination. The plant evidence has enough probative worth for evaluating the credibility of the defense witnesses to be admitted.

The district court can consider the evidence as it is admitted; there is no need for a motion in limine at this time.

                                                     Respectfully submitted,

Dated: February 24, 2006                        /s/ Robert O. Berger
                                                      Robert O. Berger (BBO#: 038900)
                                                        11 Beacon Street, Ste. 1210
                                                       Boston, MA 02108
                                                       (617) 423-7575 Tel
                                                       (617) 275-8000 Fax
                                                       Attorney for Plaintiffs

                                                       /s/ John Lee Diaz
                                                       John Lee Diaz (BBO#: 542819)
                                                       801A Tremont Street
                                                       Boston, MA 02118
                                                       (617) 445-7900 Tel
                                                       Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic transfer on the attorney of record for each party on February 24, 2006.

Dated: February 24, 2006                        /s/ Robert O. Berger
                                                      Robert O. Berger (BBO#: 038900)