UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIQUEZ,<br><br>          Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, and UNITED STEELWORKERS OF AMERICA,<br><br>          Defendants. | Civil Action No.<br>04-10892-JLT |

## DECLARATION OF ROBERT ALEXANDER

I, Robert Alexander, state as follows under penalty of perjury:

1. I am a member in good standing of the bar of the District of Columbia Court of Appeals and the State Bar of Colorado (inactive). I am admitted to practice before the following courts: United States District Court for District of Columbia; United States District Court for the District of Colorado; Colorado Supreme Court; District of Columbia Court of Appeals; United States Supreme Court; and the United States Courts of Appeals for the Third, Fourth, Sixth, Ninth, Tenth, Eleventh, and the District of Columbia Circuits.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed this 27th day of February, 2006 at Washington, D.C.

_____
Robert Alexander