UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, ) <br> JOSE RAMIREZ, CLEMENTE HERNANDEZ, ) <br> CESAR PIZARO, ELISON PENA, ) <br> JUAN COLON, JOSE ORTIZ, ) <br> RAFAEL TORRES, ANGEL BAEZ, ) <br> ANTONIO MARTINEZ, WILFREDO ORTIZ, ) <br> EULOGIO ORTIZ, MIRRAIN MIRANDA, ) <br> RAFAEL MORENO, NELSON ACEVEDO, ) <br> and RAMON RODRIGUEZ, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHERMAN-FEINBERG CORPORATION, ) <br> FARNSWORTH FIBRE CORPORATION, ) <br> UNITED STEELWORKERS OF AMERICA, ) <br> LOCAL 421-U, AND UNITED STEELWORKERS ) <br> OF AMERICA, ) <br>       Defendants. ) | CIVIL ACTION <br> NO.: 04-10892-JLT |

## SUPPLEMENTARY MOTION TO ATTACH ASSETS OF THE UNITED STEELWORKERS OF AMERICA

Now come the plaintiffs and move to attach the real estate goods and chattels and cash, accounts receivable, and other United States assets of the United Steelworkers of America, most of which are in Las Vegas, Nevada, and Pennsylvania, and the Pension Funds, Health Funds and Welfare Funds to satisfy the judgment for damages and costs, which the plaintiff may recover in the sum of $13,695,000.00 in wage, discrimination and emotional distress damages, and $65,000,000.00 punitive damages in regard to the second amended complaint, supported by two affidavits, annexing deposition testimony, and documents relative to the likelihood of success on

1

2

the merits, where no insurance is available, and the plaintiffs have established their likely damages.

Respectfully submitted,

Dated: March 8, 2006          /s/ Robert O. Berger
                              Robert O. Berger (BBO#: 038900)
                              11 Beacon Street, Ste. 1210
                              Boston, MA 02108
                              (617) 423-7575 Tel
                              (617) 275-8000 Fax
                              Attorney for Plaintiffs

                              /s/ John Lee Diaz
                              John Lee Diaz (BBO#: 542819)
                              801A Tremont Street
                              Boston, MA 02118
                              (617) 445-7900 Tel
                              Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served by electronic transfer on the attorney of record for each party.

Dated: March 8, 2006          /s/ Robert O. Berger
                              Robert O. Berger (BBO#: 038900)