## Assessment of Damages
*Euclides Soto, et. al. v. Sherman-Feinberg, et. al.*

|  | Lost Wages | Future Wages | Emotional Distress | Punitive | Total Damages |
|---|---|---|---|---|---|
| **Unemployed** |  |  |  |  |  |
| Each Plaintiffs | $60,000 | $150,000 | $400,000 | $200,000 | $810,000 |
| 5 Plaintiffs |  |  |  |  | **$4,050,000** |
|  |  |  |  |  |  |
| **Unemployable** |  |  |  |  |  |
| Each Plaintiff | $60,000 | $175,000 | $400,000 | $200,000 | $835,000 |
| 7 Plaintiffs |  |  |  |  | **$5,845,000** |
|  |  |  |  |  |  |
| **Mixed** |  |  |  |  |  |
| Each Plaintiff | $40,000 | $120,000 | $400,000 | $200,000 | $760,000 |
| 5 Plaintiffs |  |  |  |  | **$3,800,000** |

**Grand Total**     **$13,695,000.00**