UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

EUCLIDES SOTO, LOUIS A. MARTINEZ,                )
JOSE RAMIREZ, CLEMENTE HERNANDEZ,                )
CESAR PIZARO, ELISON PENA,                       )
JUAN COLON, JOSE ORTIZ, RAFAEL TORRES,           )
ANGEL BAEZ, ANTONIO MARTINEZ,                    )
WILFREDO ORTIZ, EULOGIO ORTIZ,                   )
MIRRAIN MIRANDA, RAFAEL MORENO,                  )
NELSON ACEVEDO, and                             )
RAMON RODRIQUEZ,                                )
                                                )   Civil Action No.
                        plaintiffs,             )   04-10892-JLT
                                                )
v.                                              )
                                                )
UNITED STEELWORKERS OF AMERICA,                 )
LOCAL 421-U, and UNITED STEELWORKERS            )
OF AMERICA,                                     )
                                                )
                        Defendants.             )
_____ )

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTARY MOTION TO ATTACH AND ACCOMPANYING SUPERCEDING MEMORANDUM IN SUPPORT OF THEIR MOTION TO ATTACH

The Defendants, United Steelworkers, Local 421-U and United Steelworkers hereby move this Court to Strike Plaintiffs' Supplementary Motion to Attach Assets of the United Steelworkers of America and the corresponding Superceding Memorandum in Support of Motion to Attach Assets of the United Steelworkers of America.

As grounds for this motion to strike, the Defendants state that the Plaintiffs failed to seek leave of the Court to file what amounts to a reply to Defendants' opposition to the Plaintiffs' original motion for attachment as required by Local Rule 7.1(B)(3). While the Court did agree to revisit the motion to attach as requested during the motion hearing on March 2, 2006, the Plaintiffs did not request permission at that time to file a

supplementary response, and at no time did the Plaintiffs file a motion for leave to file this supplementary response.  The Defendants therefore move that the Court strike the Plaintiffs' supplementary motion and superceding memorandum of law.

As further grounds for this motion to strike, the Defendants rely on the grounds raised in the Memorandum in Support of Union Defendants' Motion to Strike Plaintiffs' Motion to Attach, filed February 17, 2006, and the Union Defendants' Reply to Plaintiffs' Opposition to Union Defendants' Motion to Strike Plaintiffs' Motion to Attach, filed February 23, 2006.  To wit, the Defendants state that:

1.      the Plaintiffs have still failed to comply with the requirement that their motion to attach be supported by appropriate affidavits in that the Plaintiffs failed to attach any motions to their supplementary filings;

2.      the affidavits referenced in (but not attached to) the supplementary filings fail to set forth the required facts to support attachment based on the affiant's own knowledge, information, or belief; and

3.      the affidavits referenced in (but not attached to) the supplementary filings fail to provide sufficient support for a motion to attach since they are solely affidavits of counsel.

WHEREFORE, for all the reasons stated herein and set forth in the Memorandum in Support of Union Defendants' Motion to Strike Plaintiffs' Motion to Attach, filed February 17, 2006, and the Union Defendants' Reply to Plaintiffs' Opposition to Union Defendants' Motion to Strike Plaintiffs' Motion to Attach, filed February 23, 2006, the Defendants respectfully request that the Court strike Plaintiffs'

Supplementary Motion to Attach Assets of the United Steelworkers of America and

Superceding Memorandum in Support of that motion.

Respectfully submitted,


Dated:  March 22, 2006                    ____s/Alfred Gordon_____
                                          Harold L. Lichten, BBO # 549689
                                          Alfred Gordon, BBO # 630456
                                          PYLE, ROME, LICHTEN, EHRENBERG
                                               & LISS-RIORDAN, P.C.
                                          18 Tremont St., Ste. 500
                                          Boston, MA  02108
                                          (617) 367-7200

                                          Robert W. Alexander, Esq., *pro hac vice*
                                          BREDHOFF & KAISER, P.L.L.C.
                                          805 Fifteenth Street, N.W.
                                          Washington, D.C. 20005-2207
                                          (202) 842-2600


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic filing on the attorney of record for each party on March 22, 2006.


____s/Alfred Gordon_____
Alfred Gordon