UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, et al., | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 04-10892-JLT |
| SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, and UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, | * |
| Defendants. | * |

## ORDER

March 2, 2006

TAURO, J.

After the Conference held on March 2, 2006, this court hereby orders that:

1. Plaintiffs shall file an Amended Complaint on or before March 9, 2006;

2. Defendants shall respond to Plaintiffs' Amended Complaint on or before March 23, 2006;

3. This court will take all previously submitted motions under advisement and/or reconsideration; and

4. The scheduled trial date of March 20, 2006 is cancelled.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge