UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ, Plaintiffs, v. UNITED STEELWORKERS OF AMERICA, ITS LOCAL 421-U, ET. ALS. Defendants. | ) | NO.: 04-10892-JLT |

## **(PROPOSED) ORDER**

The plaintiffs propose the following order in lieu of the motion to enlarge discovery or strike part of the amended complaint:

1. To permit the depositions of four plaintiffs;

2. To produce for copying documents, if any not produced before, relevant to the action, as it now is amended, per the court order of March 6, 2006.

3. To complete discovery within 90 days, as no trial date has been scheduled.

                                                      Respectfully Submitted,

Date: April 21, 2006                  /s/ Robert O. Berger
                                                      Robert O. Berger, BBO #: 038900
                                                        John Lee Diaz, Esq.
                                                        Law Offices of John Lee Diaz
                                                        801A Tremont Street
                                                        Boston, MA 02118
                                                        11 Beacon Street, Suite 1210
                                                        Boston, MA  02108
                                                        Tel (617) 423-7575
                                                        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I, Robert O. Berger, hereby certify that I have served a true and exact copy of the above document by electronic transfer or first class mail, postage prepaid on the following named persons:

Harold Lichten, Esq.
Alfred Gordon, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC
18 Tremont Street, Suite 500
Boston, MA  02108
*(Electronic Transfer)*

Theresa Merrill Stones, Esq.
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA 15222
*(First Class Mail)*


Date: April 21, 2006                  /s/ Robert O. Berger
                                                      Robert O. Berger (BBO #: 038900)