UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUCLIDES SOTO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 04-10892-JLT |
| | * | |
| SHERMAN-FEINBERG CORPORATION, | * | |
| FARNSWORTH FIBRE CORPORATION, | * | |
| and UNITED STEELWORKERS OF AMERICA, | * | |
| LOCAL 421-U, | * | |
| Defendants. | * | |

ORDER

July 12, 2006

TAURO, J.

After the Hearing held on July 12, 2006, this court hereby orders that:

1. Plaintiffs' Motion to Attach Assets of the United Steelworkers of America [# 65] is DENIED;

2. Plaintiffs' Supplemental Motion to Attach Assets of the United Steelworkers of America [# 99] is DENIED;

3. Union Defendants' Motion to Strike Plaintiffs' Motion to Attach [# 71] is DENIED;

4. Union Defendants' Motion *in Limine* to Limit or Exclude Evidence Relating to Emotional Distress or Punitive Damages with Respect to Plaintiffs' Duty of Fair Representation Claims [# 74] is DENIED AS MOOT;

5. Union Defendants' Motion *in Limine* to Preclude the Taking of Evidence Relating

   to the Plaintiffs' Duty of Fair Representation Claims Occurring Before November 5, 2003 [# 76] is DENIED AS MOOT;

6. Union Defendants' <u>Motion *in Limine* to Preclude Unspecific Testimony Relating to Incidents in the Farnsworth Fibre Plant</u> [# 78] is DENIED;

7. Union Defendants' <u>Motion *in Limine* to Preclude Evidence Relating to the State-Law Discrimination Claims</u> [# 79] is DENIED AS MOOT as Plaintiffs withdrew their state law discrimination claims in open court;

8. Union Defendants' <u>Motion *in Limine* to Preclude the Taking of Evidence Relating to the Plaintiffs' Discrimination Claims Occurring Beyond the Statute of Limitations</u> [# 77] is DENIED;

9. Union Defendants' <u>Motion to Strike Plaintiffs' Supplemental Motion to Attach Assets of the United Steelworkers of America</u> [# 103] is DENIED;

10. Union Defendants' <u>Motion for Leave to File a Reply to Plaintiffs Opposition to Union Defendants' Motion to Strike Plaintiffs' Supplemental Motion to Attach</u> [# 111] is DENIED;

11. Union Defendants' <u>Motion for Leave to File a Reply to Plaintiffs' Opposition to Union's Motion to Strike Portions of Second Amended Complaint or, in the Alternative, for a Continuance to Engage in Further Discovery Regarding Newly Asserted Claims</u> [# 110] is DENIED;

12. Union Defendants' <u>Motion to Strike Amended Complaint, or In the Alternative, For a Continuance to Engage in Further Discovery Regarding Newly Asserted Claims</u> [# 106] is ALLOWED to the extent that Plaintiffs' claim under 42 U.S.C. §

   1981 is stricken from Plaintiffs' Second Amended Complaint;

13. Plaintiffs' <u>Motion for an Order</u> [# 112] is DENIED; and

14. A Trial will be scheduled.

IT IS SO ORDERED.

            <u> /s/ Joseph L. Tauro </u>
            United States District Judge