## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 04-10892-JLT |
| ) | |
| SHERMAN-FEINBERG CORP., et al. ) | |
| ) | |
| Defendants. ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Theresa Merrill as counsel for the Defendants United Steelworkers and United Steelworkers, Local 421-U (the Union) in the above-captioned matter. Harold Lichten, Alfred Gordon, and Robert Alexander will continue as counsel for the Union.

Respectfully submitted,

/s/ Theresa Merrill
Theresa Merrill
Assistant General Counsel
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA  15222
(412) 562-2533

DATE:   December 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic notice on December 18, 2006.

/s/ Alfred Gordon
Alfred Gordon