UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"

CIVIL ACTION NO.: 04-10892

EUCLIDES SOTO, LOUISE A. MARTINEZ, )
JOSE RAMIREZ, CLEMENTE HERNANDEZ, )
CESAR PIZARO, ELISON PENA, )
JUAN COLON, JOSE ORTIZ )
RAFAEL TORRES, ANGEL BAEZ, )
ANTONIO MARTINEZ, WILFREDO ORTIZ )
EULOGIO ORTIZ, MIRRAIN MIRANDA, )
RAFAEL MORENO, NELSON ACEVEDO, )
and RAMON RODRIGUEZ, )
                                                                )
                    Plaintiffs          )
v.                                                          )
                                                                )
SHERMAN-FEINBERG CORPORATION, )
FARNSWORTH FIBRE CORPORATION, )
and UNITED STEEL WORKERS OF AMERICA, )
LOCAL 421-U, )
                                                                )
                    Defendants.      )

### SUGGESTION OF DEATH OF PLAINTIFF
### JUAN RAMON COLON

**NOW COMES** Attorneys Robert O. Berger and John Lee Diaz, and file a suggestion of death of one of the plaintiffs, named **Juan Ramon Colon** who died in Massachusetts on July 26, 2006. Mr. Colon' probate proceedings have been filed in Suffolk County Probate Court, his next of kin and executor is one Wilfredo Ortiz. Plaintiff indicates that the deceases' sworn testimony was recorded early last year and is available via a deposition. His soon to be named executor has indicated that he will consent to Attorney Robert O. Berger acting in the deceases best interest pending his appointment.

_____
Robert O. Berger, Esq.
Attorney for Plaintiffs
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575
BBO#: 038900