UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 04-10892-JLT |
| | * |
| UNITED STEELWORKERS OF AMERICA, | * |
| LOCAL 421-U, and UNITED STEELWORKERS | * |
| OF AMERICA | * |
| Defendants. | * |

ORDER
January 11, 2007

TAURO, J.

After the Final Pretrial Conference held on Jan. 11, 2007, this court hereby orders that:

1. The Plaintiffs' <u>Motion for Default Judgment</u> [#122] is DENIED.

2. At trial, Defendants will be precluded from using documents produced for the first time in their Jan. 9, 2007, disclosure.

3. The Defendants' <u>Motion in Limine to Preclude the Taking of Evidence Relating to the Plaintiffs' Discrimination Claims Occuring Beyond the Statute of Limitations</u> [#123] is DENIED WITHOUT PREJUDICE to Defendants' right to object at trial to evidence that Defendants assert is irrelevant.

4. The Parties will report the status of their settlement discussions to Zita Lovett by 4:00 p.m. on Tuesday, January 17, 2007.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge