UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
EUCLIDES SOTO, et al.,                )
                                      )
                 Plaintiffs,          )
                                      )
v.                                    )
                                      )   Civil Action No.
UNITED STEELWORKERS OF AMERICA,       )   04-10892-JLT
LOCAL 421-U, and UNITED STEELWORKERS  )
OF AMERICA,                           )
                                      )
                 Defendants.          )
_____)

**DEFENDANTS' OBJECTIONS TO CERTAIN PORTIONS
OF THE DEPOSITION OF PLAINTIFF JUAN R. COLON ORTIZ**

Now come the Defendants, United Steelworkers, Local 421-U and United Steelworkers, and hereby submit the following objections to certain portions of the deposition of Plaintiff Juan R. Colon Ortiz, which the Plaintiffs have indicated will be submitted in lieu of testimony due to the suggestion of the deponent's death. The deposition transcript is attached hereto as Exhibit A.

The Defendants object as follows:

| Page and Line Numbers | Basis for Objection |
|---|---|
| page 10, lines 10-23 | relevance |
| page 12, lines 13-20 | answer unresponsive to question |
| page 17, line 2 through page 20, line 10 | relevance, not limited in time, leading |
| page 20, line 16 through page 21, line 5; and page 21 lines 9-13 | not limited in scope or time, vague, and argumentative |

1

        Respectfully submitted,
        UNITED STEELWORKERS, LOCAL 421-U
        AND UNITED STEELWORKERS,
        By their attorneys,

Dated: January 19, 2007
        /s/ Alfred Gordon
        Harold L. Lichten, BBO # 549689
        Alfred Gordon, BBO # 630456
        Pyle, Rome, Lichten, Ehrenberg
          & Liss-Riordan, P.C.
        18 Tremont St., Ste. 500
        Boston, MA 02108
        (617) 367-7200

        Robert Alexander
        Bredhoff & Kaiser, P.L.L.C.
        805 15th Street N.W., Ste. 1000
        Washington, DC 20005
        (202) 842-2600

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic notice on the attorney of record for each party on January 19, 2007.

        /s/ Alfred Gordon
        Alfred Gordon