1                UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3

4                          C.A. No. 04-10892-JLT

5

6       ***********************************************

7       EUCLIDES SOTO ET AL

8            Plaintiffs

9       vs.

10      SHERMAN-FEINBERG CORPORATION,

11      FARNSWORTH FIBRE CORPORATION and

12      UNITED STEELWORKERS OF AMERICA,

13      LOCAL 421-U

14           Defendants

15      ***********************************************

16                    DEPOSITION OF JUAN R. COLON ORTIZ, taken

17      on behalf of the Defendants, pursuant to the

18      Massachusetts Rules of Civil Procedure, before Gail A.

19      Carignan, Professional Shorthand Reporter and Notary

20      Public, within and for the Commonwealth of Massachusetts,

21      at the Law Offices of Pyle, Rome, Lichten, Ehrenberg &

22      Liss-Riordan, P.C., 18 Tremont Street, Boston,

23      Massachusetts, commencing at 9:45 a.m. on Wednesday,

24      March 23, 2005.

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation. et al.

**2**

## APPEARANCES

3  LAW OFFICES OF ROBERT O. BERGER
4  by Robert O. Berger, Esq.
5  11 Beacon Street, Suite 1210
6  Boston, Massachusetts 02108
7      On behalf of the Plaintiffs
8
9  LAW OFFICES OF PYLE, ROME, LICHTEN, EHRENBERG &
10  LISS-RIORDAN, P.C.
11  by Harold L. Lichten, Esq.
12  18 Tremont Street, 5th Floor
13  Boston, Massachusetts 02108
14      On behalf of the Defendants
15
16  Also present:
17  Josseithe L. Cornavaca, Interpreter
18  P.O. Box 131 Backbay
19  Boston, MA 02117
20
21  Lowell Alexander, United Steelworkers of America
22
23
24

**3**

## INDEX

2
3  DEPONENT                                    PAGE
4
5  Juan R. Colon
6
7  EXAMINATION BY MR. LICHTEN              4
8  EXAMINATION BY MR. BERGER             17
9
10
11              EXHIBITS
12  No exhibits were marked.
13
14
15
16
17
18
19
20
21
22
23
24

**4**

## PROCEEDINGS

3          JUAN R. COLON ORTIZ,
4  having been satisfactorily identified by the
5  production of his Massachusetts driver's license,
6  and duly sworn through the interpreter by the Notary
7  Public, was examined and testified as follows:
8
9  EXAMINATION BY MR. LICHTEN:
10  Q.  Good morning.  Can you state your name for the
11      record.
12  A.  Juan R. Colon Ortiz.
13  Q.  And where do you live?
14  A.  McGreevey Way.
15  Q.  In what town?
16  A.  Boston, Massachusetts.
17  Q.  How old are you?
18  A.  I am 55 years old.
19  Q.  And how long have you lived in the United States?
20  A.  20 years.
21  Q.  How long did you work at Farnsworth Fibre for?
22  A.  I worked there 18, almost 19 years.
23  Q.  And during the time that you worked at Farnsworth
24      Fibre, was that the only job you had, or did you

**5**

1      have any second jobs?
2  A.  No.  I only had that job.
3  Q.  Okay.  And are you married and do you have children?
4  A.  I am married and I'm also divorced.
5  Q.  And do you have any children?
6  A.  Yes.
7  Q.  During the time that you worked at Farnsworth Fibre,
8      did you have health insurance?
9  A.  Yes.
10  Q.  And during the time that you were there, do you
11      recall whether your health insurance was paid for or
12      whether you had to pay anything for it?
13  A.  Yes.  They took it from the check, yes.
14  Q.  Do you remember how much they took from the check?
15  A.  I don't know.  I don't remember.
16  Q.  Are you aware as to whether or not Farnsworth Fibre
17      made pension contributions on your behalf to the
18      Steelworkers pension fund?
19  A.  Yes.
20  Q.  Do you know how much they paid?
21  A.  I don't remember.  I don't remember.
22  Q.  Since you've stopped working at Farnsworth Fibre,
23      have you received any papers, or have you made any
24      inquiries, about the status of your pension money

2 (Pages 2 to 5)

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation. et al.

**6**

1    with the Steelworkers?
2    A.  No.
3    Q.  Have you attempted to call them?
4    A.  I've tried to, but since I don't speak English, it
5       makes it very difficult.
6    Q.  Who did you try to call?
7    A.  I don't know who the guy was to call because they
8       have a telephone number.
9    Q.  And did you call the telephone number?
10   A.  Yes, I called.  And I would call this phone number,
11      but sometimes it was busy.
12   Q.  Did you speak to anyone there when you called?
13   A.  No.
14   Q.  Okay.  Do you have an understanding of whether or
15      not you have a vested pension money with the
16      Steelworkers that you will be entitled to get
17      eventually?
18   A.  Yes.
19   Q.  And when do you understand you will be able to begin
20      taking your pension?
21   A.  I couldn't tell you.  I don't know.
22   Q.  After you stopped working at Farnsworth Fibre, did
23      you work anywhere else?
24   A.  No, no.

**7**

1    Q.  So it's your testimony that you have not worked at
2       all since you stopped working at Farnsworth Fibre?
3          THE INTERPRETER:  I'm sorry.  If I
4       may, he didn't let me translate.  He kept going.
5    A.  Because also, I couldn't work because I was sick.  I
6       was sick because of working there because I used to
7       work with chemicals.  So I went to the hospital, and
8       the doctor, they checked my lungs.  If you want to
9       look at it, I have my prescription and everything
10      that I take for my lungs here.
11   Q.  Well, we've got to take one question at a time.  My
12      first question is whether you worked at all since
13      you stopped working at Farnsworth Fibre?
14   A.  No.
15   Q.  Have you looked for work since you stopped working
16      at Farnsworth Fibre?
17   A.  I've looked.  I've tried, but no, no.
18   Q.  Did you collect unemployment after you stopped
19      working at Farnsworth Fibre?
20   A.  Yes.  Unemployment, yes.  You mean, collect
21      unemployment?
22   Q.  Yes.  For how long did you receive unemployment?
23   A.  Eight months.
24   Q.  Do you currently receive any type of disability pay?

**8**

1    A.  No.
2          (Brief interruption)
3    Q.  Have you applied for social security?
4    A.  Yes, I applied.
5    Q.  And have you gotten a decision yet on your social
6       security?
7    A.  Yes.  They said that they were going to give me
8       social security, and they gave me, but, you know,
9       they were delayed a little.
10   Q.  Maybe you didn't understand my prior question.  So
11      you are receiving Social Security Disability?
12   A.  Yes.  From social security.
13   Q.  And when did you apply for social security?
14   A.  I don't remember.
15   Q.  Was it after you received the unemployment benefits
16      that you applied for social security?
17   A.  Yes.
18   Q.  And how much do you receive in social security a
19      month?
20   A.  992.
21   Q.  And do you have health insurance through social
22      security?
23   A.  Yes.
24   Q.  And what is your medical condition for which you

**9**

1    receive the social security?
2    A.  I have a vein that's clogged here in my heart, and
3       then I spoke to the doctor and he said that he's
4       going to operate on me, and he's going to take a
5       tube -- tubing.  He's going to put in a tube or
6       tubing, and he's going to take something from my leg
7       and put it there.
8    Q.  Like what Bill Clinton had?
9    A.  Mm-hmm.
10   Q.  So if I understand your condition, the condition you
11      suffer now, is a heart condition?
12   A.  Yes, from the heart.
13   Q.  I believe you said that there was something -- some
14      of your work at Farnsworth Fibre also caused you to
15      be disabled; is that right?
16         MR. BERGER:  Objection as to form.
17   A.  Yes.
18   Q.  And is that the same heart condition that you've
19      just testified about, or is that some other medical
20      condition that you have?
21   A.  I guess it would be the same because what killed me
22      were the chemicals there because I was doing fine
23      before.
24   Q.  When did you first start getting treated for this

3 (Pages 6 to 9)

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation, et al.

**10**

1  heart condition?
2  A.  When I went to the hospital, they gave me a checkup,
3  but I don't remember the date.
4  Q.  Was it before or after you stopped working at
5  Farnsworth Fibre?
6      THE INTERPRETER:  I mean, that he
7  went to the hospital?
8      MR. LICHTEN:  Yes, exactly.
9  A.  When I stopped working, yes.
10  Q.  So if I understand what you're saying, you believe
11  that your work at Farnsworth Fibre caused you to
12  have this heart condition; is that right?
13  A.  Yes, because my job was really hard.  They exploited
14  me there, and I used to work with all this different
15  [verbatim] tanks.  Different tanks, I would take
16  paint from one tank and put it in another tank.
17  Q.  Have any of your doctors told you that your heart
18  condition was caused by your work at Farnsworth
19  Fibre?
20  A.  Yes.  I left that place for a while because a
21  problem that I have with my lung or my lungs, and
22  they gave me some sort of pills, medication, to see
23  if it would clear them up, but --
24  Q.  Let me ask you:  Have any of your doctors told you

**11**

1  that your medical condition was caused by the work
2  at Farnsworth Fibre?
3  A.  No.  The doctors haven't said that to me.
4  Q.  Have you filed any Workers' Compensation claim as a
5  result of your -- the medical condition that you
6  believe was caused by Farnsworth Fibre?
7  A.  No.
8  Q.  What was your job at Farnsworth Fibre for the last
9  couple of years?
10  A.  I prepared these tanks.
11  Q.  What was in the tanks?
12  A.  It's paint, prepare the paint.
13  Q.  What was the paint used for?
14  A.  To paint the material.
15  Q.  How much were you getting paid when you stopped
16  working at Farnsworth Fibre?
17  A.  I used to make 10.85 an hour.
18  Q.  And was there overtime work -- did you work overtime
19  at Farnsworth Fibre?
20  A.  Yes.
21  Q.  And did you work a lot of -- in the last several
22  years before you stopped working at Farnsworth
23  Fibre, about how much overtime would you estimate
24  you worked on average each week?

**12**

1  A.  I couldn't tell you.
2  Q.  About how much a year would you earn on overtime?
3  A.  You mean everything included or --
4  Q.  No.  I'm just trying to find how much on average you
5  make in a year on overtime.
6  A.  Oh, no.  I couldn't tell you.
7  Q.  Okay.  Would overtime -- did you work overtime all
8  the time or just occasionally?
9  A.  Once in a while.  When they had a layoff, some of
10  the workers, I used to work the night shift so then
11  they made me work the day.  I would work from 6 a.m.
12  until 7 p.m.
13  Q.  When you say layoffs, when you first began working
14  at Farnsworth Fibre, were there a lot more employees
15  working in the plant than there were by the time the
16  plant shut down?
17  A.  The weeks -- a couple of week before they closed,
18  they laid some people off.  And they tried to let me
19  go, but then I stayed, and I stayed one extra week,
20  and after that, they closed.
21  Q.  When you first began working at Farnsworth Fibre,
22  about how many employees worked in the plant?
23  A.  There were nine.
24  Q.  During the time that you were at Farnsworth Fibre,

**13**

1  did you ever participate in an election to elect
2  your union steward?
3  A.  Oh, yes.
4  Q.  And were you yourself -- did you ever try to be a
5  union steward or run for union steward?
6  A.  No.
7  Q.  Did you know some of the union stewards who were
8  elected?
9  A.  Yes.
10  Q.  And who were the ones that you knew?
11  A.  The only one, Riquito Ortiz and Miguel DeJesus.
12  Q.  And both Miguel and Riquito worked at Farnsworth
13  until it closed down?
14  A.  The two of them worked there, but then they didn't
15  work when they closed.
16  Q.  And now, did you ever go to Mr. Ortiz or
17  Mr. DeJesus with any complaints or grievances that
18  you wanted them to help you with?
19  A.  No.
20  Q.  Did you ever complain to any of your supervisors or
21  any management officials at Farnsworth Fibre about
22  any complaints or grievances or unfair treatment
23  that you think you experienced at Farnsworth Fibre?
24  A.  No.

4 (Pages 10 to 13)

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation, et al.

14

1 Q. What did you understand Mr. Ortiz -- Riquito -- and
2    Mr. DeJesus' responsibilities were as union
3    stewards?
4 A. Yes, because he was chosen. We chose him the person
5    to represent us at the union.
6 Q. Let me try the question again: What did you
7    understand were their duties and responsibilities as
8    the steward?
9 A. If somebody would try to fire you from your job or
10    they would put too much pressure on you, then I
11    would speak to them.
12 Q. And I think I already asked this, but did you ever
13    go to Mr. Ortiz or Mr. DeJesus about a complaint or
14    grievance about your job?
15 A. No, no.
16 Q. Did you ever attempt to contact the Steelworkers
17    office about any complaint or grievance about your
18    job?
19 A. No.
20 Q. Do you remember in the fall of 2003 before the plant
21    closed there being a meeting at Farnsworth Fibre
22    between the workers in the union and representatives
23    of the Steelworkers union, including Mr. Alexander,
24    who's sitting next to me?

15

1 A. Yes. There was a meeting.
2 Q. And was there one meeting or more than one meeting
3    that you remember?
4 A. One only.
5 Q. And was that before or after the union announced it
6    was shutting down -- I'm sorry -- the company
7    announced it was shutting down?
8 A. After.
9 Q. Do you recall a meeting that was held in September
10    of 2003 with Mr. Alexander present before the
11    company announced its plans to shut down?
12 A. No, I don't remember.
13 Q. But do you remember having a union meeting in --
14 A. You have to understand that I worked at night.
15 Q. I see. So you worked the night shift?
16 A. Yes, at night.
17 Q. What were your hours?
18 A. From 2:30 p.m. until 11:30 p.m.
19 Q. Do you remember that in 2002, the union negotiated a
20    new contract?
21 A. No, I don't remember.
22 Q. Okay. Do you remember that from time to time, you
23    would vote on whether to accept or not accept a new
24    contract?

16

1 A. You mean the contract?
2 Q. Yes.
3    THE INTERPRETER: I'll repeat the
4    question again.
5 A. Yes.
6 Q. And the last contract, do you recall whether you
7    voted for that contract or against that contract?
8 A. I don't remember.
9 Q. Do you remember at some point in time getting a copy
10    of the contract in Spanish?
11 A. Yes.
12 Q. At the meeting that you do remember taking place
13    with the union after the company announced it was
14    closing, do you remember Mr. Alexander, the person
15    sitting next to me, being there?
16 A. No, I don't remember.
17 Q. Do you remember there being a woman there from the
18    Steelworkers union?
19 A. Yes.
20 Q. Do you remember anything that she said?
21 A. No, I don't remember.
22 Q. Did you say anything at the meeting?
23 A. No.
24    MR. LICHTEN: I have nothing further.

17

1    Thank you.
2 EXAMINATION BY MR. BERGER:
3 Q. Did the union provide notices at your plant?
4 A. I don't understand.
5 Q. Okay. Did the union have a board where they put up
6    notices?
7 A. No.
8 Q. Did the company have notices about Worker's Comp
9    rights?
10 A. No.
11 Q. The same for OSHA?
12    THE INTERPRETER: If I may, when you
13    say, "The same for Osha" --
14 Q. Was there any notices about OSHA?
15 A. No.
16 Q. Now, you said earlier that the doctors didn't tell
17    you about the injuries being caused by work. Is
18    that roughly what you said?
19 A. Well, the only thing the doctor asked me is that if
20    I worked with chemicals, and I said yes.
21 Q. And the doctor, I take it, wrote a lot of reports?
22 A. No.
23 Q. Did he write some reports for you when you applied
24    for social security?

5 (Pages 14 to 17)

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation, et al.

**18**

1  A.  Oh, that was through welfare.
2  Q.  So some of the things that are written were things
3      that he didn't say to you; is that correct?
4  A.  No.
5  Q.  The medical opinions that you used at the process
6      for social security were written, were they not?
7  A.  Yes.
8  Q.  Okay.  And some of those written records may differ
9      from what he has said to you?
10  A.  Different.
11  Q.  More detailed?
12  A.  I don't understand.
13  Q.  I'll let it go.  Can you tell us what happened when
14      you were preparing the tanks for paint?
15  A.  I would go downstairs and would get the tank.  These
16      are like containers they have for the paint.  They
17      call it, like, a tray.
18  Q.  How large?
19  A.  It was really big.
20  Q.  What did you wear on your face?
21  A.  Yes.  Like a little mask.
22  Q.  Then what did you do?  Tell us the process of your
23      job.  Would you change into other clothes?
24  A.  I would change my clothes.

**19**

1  Q.  So did you wear the same uniform every day?
2  A.  No.  It wasn't a uniform.  It was like --
3  Q.  There was no uniform?
4  A.  Plain clothes.
5  Q.  Did you take any shower after you did your job?
6  A.  No.  Not there, no.
7  Q.  How often --
8  A.  There were no showers there.
9  Q.  And how often did you change your clothes?
10  A.  I would bring my own clothes to work.
11  Q.  Was there a changing station?
12  A.  No.
13  Q.  So what did the chemicals smell like?
14  A.  It smelled like paint, like strong paint.
15  Q.  And do you know what was in the paint?
16  A.  No, I don't know.
17  Q.  Now, how many years did you work with the paint?
18  A.  18 years.
19  Q.  And what are your problems with your lungs?
20  A.  Sometimes I don't breathe at all, and I cough or
21      spit blood.
22  Q.  How much blood do you spit?
23  A.  Sometimes two or three times a week.  Now, I don't
24      spit as much blood as I used to before because I'm

**20**

1      taking the pills and I'm not there.
2  Q.  Did you go to the doctor because you were spitting
3      blood?
4  A.  Yes.
5  Q.  And who is your doctor?
6  A.  Manfio, M-A-N-F-I-O.
7  Q.  Now, when you were working there, did the union ever
8      supervise -- did the union even look at where you
9      worked?
10  A.  No.
11  Q.  Were you aware that they had meetings four times a
12      year?
13  A.  No, because I was working the night shift.  And if
14      they would come, they would come in the morning at
15      10.
16  Q.  Do you have any other friends who spit blood?
17          MR. LICHTEN:  Objection.
18  A.  No.  On the second floor, they would do some testing
19      for people's lungs with some sort of pump on the
20      second floor.  To the people upstairs, they would do
21      this testing, but they wouldn't test me.
22  Q.  Why not?
23  A.  I don't know.
24  Q.  Now, during the entire period you were there, did

**21**

1      the union do anything for you?
2          MR. LICHTEN:  Objection.
3  A.  No, nothing.
4  Q.  And is that, in your opinion, Mr. Ortiz's fault?
5  A.  Not Ortiz.  He's not guilty of anything.
6  Q.  So what's the problem?
7          MR. LICHTEN:  Objection.
8  A.  The problem was the company.
9  Q.  And what did the union do with the company to
10      protect you?
11  A.  They didn't do anything.  A lot of work, but no
12      help.
13          (Deposition concluded at 10:25 a.m.)
14
15
16
17
18
19
20
21
22
23
24

6 (Pages 18 to 21)

Juan R. Colon Ortiz 3-23-2005
Euclides Soto, et al. v. Sherman-Feinberg Corporation, et al.

22

```
 1              C E R T I F I C A T E
 2
 3    COMMONWEALTH OF MASSACHUSETTS
 4    BRISTOL, SS.
 5
 6         I, Gail A. Carignan, a Professional Shorthand
 7    Reporter and Notary Public in and for the Commonwealth of
 8    Massachusetts, do hereby certify that Juan R. Colon
 9    Ortiz, the witness whose deposition is hereinbefore set
10    forth, was duly sworn by me and that such deposition is a
11    true and accurate record, to the best of my knowledge,
12    skills and ability, of the testimony given by such
13    witness.
14         IN WITNESS WHEREOF, I have hereunto set my hand
15    and seal this 28th day of March, 2005.
16
17
18
19    _____
20         Gail A. Carignan
           Notary Public
21
22         My commission expires:
           March 16, 2012
23
24
```

23

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

7 (Pages 22 to 23)