UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EUCLIDES SOTO, LOUIS A. MARTINEZ, JOSE RAMIREZ, CLEMENTE HERNANDEZ, CESAR PIZARO, ELISON PENA, JUAN COLON, JOSE ORTIZ, RAFAEL TORRES, ANGEL BAEZ, ANTONIO MARTINEZ, WILFREDO ORTIZ, EULOGIO ORTIZ, MIRRAIN MIRANDA, RAFAEL MORENO, NELSON ACEVEDO, and RAMON RODRIGUEZ,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>SHERMAN-FEINBERG CORPORATION, FARNSWORTH FIBRE CORPORATION, UNITED STEELWORKERS OF AMERICA, LOCAL 421-U, AND UNITED STEELWORKERS OF AMERICA,<br>　　　　　　Defendants. | CIVIL ACTION<br>NO.: 04-10892-JLT |

**AMENDED EXHIBIT LIST**

　　　The plaintiffs will introduce all late disclose documents as evidence. This is the amended supplement.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert O. Berger
　　　　　　　　　　　　　　　　　　　　　　　　Robert O. Berger, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　11 Beacon Street, Suite 1210
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 617-423-7575
　　　　　　　　　　　　　　　　　　　　　　　　BBO #: 038900
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs