UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EUCLIDES SOTO, et al**
   **Plaintiff,**

   V                                          CA 04-10892-JLT

**UNITED STEELWORKERS OF AMERICA,
LOCAL 421-U and UNITED STEELWORKERS
OF AMERICA, et al**
   **Defendants.**

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

The court having been advised on January 22, 2007 by

counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby DISMISSED.

By the Court:

/s/
ZITA LOVETT,
Deputy Clerk

1/22/2007