UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUCLIDES SOTO, et al., )<br>　　　　　　Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STEELWORKERS OF AMERICA, )<br>LOCAL 421-U, and UNITED STEELWORKERS )<br>OF AMERICA, )<br>　　　　　　Defendants. )<br>) | Civil Action No.<br>04-10892-JLT |

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned matter, pursuant to Rule 41(a), and hereby stipulate that this matter be dismissed with prejudice.

Respectfully submitted,

For the Plaintiffs,

_____
Robert O. Berger, BBO # 038900
LAW OFFICE OF ROBERT O. BERGER
11 Beacon Street, Ste. 1210
Boston, MA 02108
(617) 423-7575

John Lee Diaz, BBO # 542819
LAW OFFICE OF JOHN LEE DIAZ
801A Tremont Street
Boston, MA 02118
(617) 445-7900

Dated: 2/2/07

For the Defendants,

_____
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
PYLE, ROME, LICHTEN, EHRENBERG
　& LISS-RIORDAN, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Robert Alexander, *pro hac vice*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W.
Washington, D.C. 20005-2207
(202) 842-2600

Dated: February 2, 2007